**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

MAY - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                    ) Chapter 13
                                          )
STEPHEN M THOMPSON                        ) Case No. 07-50723 ASW
                                          )
                                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                          )
            Debtor                        )
                                          )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467845 for an unclaimed dividend in the amount of $5.33. The name and address of the claimant entitled to the unclaimed dividend is as follows;

STEPHEN M THOMPSON
557 QUAIL BUSH CT
SAN JOSE, CA 95117

Dated: May 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE